UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHELSEA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.: 1:22-cv-452 |
| v. | ) | |
| | ) | |
| EDWARD PETERSON and HALVOR | ) | |
| LINES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446; Defendants, EDWARD PETERSON and HALVOR LINES, INC. (collectively "Defendants"), by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendants, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

## VENUE

1.      Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Marion, where the action was pending prior to the filing of this Notice of Removal.

**REMOVAL IS TIMELY**

2.      On or about February 14, 2022, Defendant, Edward Peterson was served by certified mail with a Summons and Complaint in the above-entitled action to his home address in Grand Marais, Michigan.

3.      On or about February 7, 2022, Defendant, Halvor Lines, Inc. was served by certified mail with a Summons and Complaint in the above-entitled action to its National Registered Agent in Indianapolis, Indiana.

4.      The above-entitled action was commenced against Defendants in the Marion County Superior Court, of the State of Indiana, Cause No.: 49D03-2201-CT-003230 and is now pending therein. Therefore, removal is timely under 28 U.S.C. § 1446 (b)(1).

**STATE COURT PROCEEDINGS**

5.      On March 12, 2021, Plaintiff, Chelsea Adams (hereinafter "Plaintiff") filed her Complaint and Summons in the above-entitled action against Defendants in the Marion County Superior Court in the State of Indiana, Cause No. 06D01-2103-CT-000318 and is now pending therein.

6.      Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

7.      Pursuant to S.D. Ind. L.R. 81-2(d), Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

**DIVERSITY JURISDICTION EXISTS**

8.      This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9.      Plaintiff, Chelsea Adams, is a citizen of the State of Indiana.

10.     Defendant, Edward Peterson, is a citizen of the State of Michigan.

11.     Defendant, Halvor Lines, Inc., is a Minnesota corporation with its principal place of business in Minnesota.

12.     Because Halvor Lines, Inc. is not incorporated in Indiana or have its principal place of business in Indiana, it is not a citizen of the State of Indiana for purposes of diversity jurisdiction.

13.     There is complete diversity of citizenship between the parties named in this case.

14.     Plaintiff's Complaint for Damages does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a.  According to Plaintiff's Complaint, Plaintiff suffered injuries, pain, suffering, lost wages, and damages.  (Compl. ¶ 8 - 11).  Said injuries and damages are claimed to be permanent.  *Id.* at ¶ 8.  Likewise, Plaintiff claims to have a diminished quality of life. *Id.* at ¶ 11.

   b.  Per information from Plaintiff's counsel on February 15, 2022, Plaintiff's injuries and damages center upon neck, back and shoulder pain.  Plaintiff was taken away from the scene via ambulance.  At the hospital, she had an X-Ray of the shoulder, CT of the chest, and CT of the cervical spine.

   c.  Plaintiff's counsel has conveyed his belief that the case value will exceed the amount in controversy of $75,000, exclusive of interest and costs to remain in State Court.

3

d.   Plaintiff's counsel will not consent to a stipulation and covenant not to execute to remain in State Court.

15.   Based upon the injuries alleged and damages claimed by Plaintiff, she seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

16.   Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## STATUTORY REQUIREMENTS

17.   Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Plaintiff's Complaint, Appearance and Summons to Defendants.

18.   A copy of this Notice of Removal has been filed in the Marion County Superior Court and all parties have been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendants, EDWARD PETERSON and HALVOR LINES, INC., by counsel, respectfully request that the above-entitled action be removed from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**LEWIS WAGNER, LLP**


By:    s/*Lesley A. Pfleging*
        LESLEY A. PFLEGING, #26857-49A
        ASIA L. ELLIS, #36820-49
        ***Counsel for Defendants, Edward Peterson and***
        ***Halvor Lines, Inc.***


## CERTIFICATE OF SERVICE

      I hereby certify that on March 08, 2022, a copy of the foregoing **Notice of Removal** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
nathanf@kennunn.com
***Counsel for Plaintiff***


By: /s/ *Lesley A. Pfleging*
    LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
aellis@lewiswagner.com