# REMOVAL TO FEDERAL COURT

## STATE COURT RECORD

STATE OF INDIANA

Marion County Superior Court

49D03-2201-CT-003230

CHELSEA ADAMS

v.

EDWARD PETERSON and HALVOR LINES, INC.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Chelsea Adams v. Edward Peterson, Halvor Lines, Inc.

| | |
|---|---|
| Case Number | 49D03-2201-CT-003230 |
| Court | Marion Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 01/31/2022 |
| Status | 01/31/2022 , Pending  (active) |

## Parties to the Case

Defendant   Peterson, Edward

<u>Address</u>
E21655 Brazel Street
Grand Marais, MI 49839

<u>Attorney</u>
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER LLP
1411 ROOSEVELT AVE STE 102
INDIANAPOLIS, IN 46201
317-237-0500(W)

<u>Attorney</u>
Asia Larvone Ellis
*#3682049, Retained*

1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
317-237-0500(W)

Defendant   Halvor Lines, Inc.

Address
c/o National Resident Agent Service, Inc.
4008 West 79th Street
Indianapolis, IN 46268

Attorney
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER LLP
1411 ROOSEVELT AVE STE 102
INDIANAPOLIS, IN 46201
317-237-0500(W)

Attorney
Asia Larvone Ellis
*#3682049, Retained*

1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
317-237-0500(W)

---

Plaintiff      Adams, Chelsea

Attorney
Nathan Foushee
*#2488549, Retained*

Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

| 01/31/2022 | **Case Opened as a New Filing** | |
|---|---|---|

| 02/01/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Adams, Chelsea |
| | File Stamp: | 01/31/2022 |

| 02/01/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Adams, Chelsea |
| | File Stamp: | 01/31/2022 |

| 02/01/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Edward Peterson | |
| | Filed By: | Adams, Chelsea |
| | File Stamp: | 01/31/2022 |

| 02/01/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Halvor Lines, Inc. | |
| | Filed By: | Adams, Chelsea |
| | File Stamp: | 01/31/2022 |

| 02/16/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Lesley A. Pfleging and Asia L. Ellis | |
| | For Party: | Peterson, Edward |
| | For Party: | Halvor Lines, Inc. |
| | File Stamp: | 02/16/2022 |

| 02/16/2022 | **Jury Trial Demand Filed** | |
|---|---|---|
| | Jury Demand | |
| | Filed By: | Peterson, Edward |
| | Filed By: | Halvor Lines, Inc. |
| | File Stamp: | 02/16/2022 |

| 02/16/2022 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Enlargement of Time | |
| | Filed By: | Peterson, Edward |
| | Filed By: | Halvor Lines, Inc. |
| | File Stamp: | 02/16/2022 |

| 02/17/2022 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | up to and including April 1, 2022; copies sent to parties via e-notice | |
| | Judicial Officer: | Miller, Gary L |
| | Order Signed: | 02/17/2022 |

| 02/18/2022 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 2/17/2022 : Asia Larvone Ellis;Lesley Ann Pfleging;Nathan Foushee | |

| 02/24/2022 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Return of Service on Edward Peterson | |
| | Filed By: | Adams, Chelsea |
| | File Stamp: | 02/24/2022 |

| 02/24/2022 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Return of Service on Halvor Lines | |
| | Filed By: | Adams, Chelsea |
| | File Stamp: | 02/24/2022 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Adams, Chelsea**
Plaintiff

**Balance Due** (as of 03/08/2022)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2022 | Transaction Assessment | 157.00 |
| 02/01/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA    )          IN THE MARION SUPERIOR COURT
                        ) SS:
COUNTY OF MARION    )          CAUSE NO.

CHELSEA ADAMS

      VS.

EDWARD PETERSON
and HALVOR LINES, INC.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Chelsea Adams, by counsel, Nathan D. Foushee, of Ken Nunn Law Office, and for her cause of action against the Defendants, Edward Peterson and Halvor Lines, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

1.     This is a clear liability collision in which Defendants' 2019 Kenworth tractor and attached trailer was negligently driven by Edward Peterson, causing a collision with the vehicle driven by Plaintiff, Chelsea Adams. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

2.     Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF EDWARD PETERSON

3.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.     On or about December 17, 2021, Defendant Edward Peterson negligently drove a tractor-trailer, causing a collision with the vehicle driven by Plaintiff, Chelsea Adams.

5.     Defendant Edward Peterson had a duty to operate his tractor trailer in a safe and reasonable manner.

6.      Defendant Edward Peterson failed in the above mentioned duties and is therefore negligent.

7.      Defendant Edward Peterson's negligence was the direct and proximate cause of Plaintiff's injuries.

8.      Plaintiff Chelsea Adams' injuries and damages are permanent.

9.      As a direct and proximate result of Edward Peterson's negligence, Chelsea Adams has suffered lost wages.

10.     Plaintiff Chelsea Adams has incurred medical bills for the treatment of her injuries directly resulting from this collision.

11.     As a direct and proximate result of Edward Peterson's negligence, Chelsea Adams has experienced physical and mental pain and suffering, lost wages, property damage including but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.


## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF EDWARD PETERSON

12.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13.     Edward Peterson violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14.     Defendant Edward Peterson's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15.     Defendant Edward Peterson is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF HALVOR LINES, INC.

16.     Plaintiff realleges and incorporates herein by reference paragraphs 1

through 15 above as if fully restated verbatim.

17.     Defendant Edward Peterson was the employee, agent, servant, or independent contractor for Halvor Lines, Inc. Accordingly, Halvor Lines, Inc. is vicariously liable for the acts of Defendant Edward Peterson for the causes of action above.

WHEREFORE, the Plaintiff, Chelsea Adams, by counsel, Nathan D. Foushee of Ken Nunn Law Office, demands judgment against the Defendants, Edward Peterson and Halvor Lines, Inc., for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE


BY:    *s/ Nathan D. Foushee*
       Nathan D. Foushee, #24885-49
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: nathanf@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:     *s/ Nathan D. Foushee*
        Nathan D. Foushee, #24885-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: nathanf@kennunn.com


Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Chelsea Adams<br>8901 Carla Drive<br>Indianapolis, IN  46219 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Nathan D. Foushee #24885-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:           812 331-5321<br>Email:  nathanf@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

  s/Nathan D. Foushee
Attorney-at-Law
(Attorney information shown above.)

49D03-2201-CT-003230

Marion Superior Court 3

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Chelsea Adams

        Plaintiff(s)

        VS.                                    No. _____

Edward Peterson and Halvor Lines, Inc.

        Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **Edward Peterson, E21655 Brazel Street, Grand Marais, MI 49839**

        You have been sued by the person(s) named "plaintiff" in the court stated above.

        The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

        You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:_____2/1/2022_____

_Myla A. Eldridge_
CLERK, MARION CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

        A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:_ _s/ NATHAN D. FOUSHEE_____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2022.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2022 for each of the within named defendant(s)_____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a p erson of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ an d by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Chelsea Adams

Plaintiff(s)

VS.                                                           No. _____

Edward Peterson and Halvor Lines, Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Halvor Lines, Inc., c/o National Resident Agent Service, Inc., Vandermoere & Macke, 4008 West 79th Street, Westover Annex, Indianapolis, IN 46268**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:_____        2/1/2022

_Myla A. Eldridge_

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN    47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

SEAL

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:   _s/ NATHAN D. FOUSHEE_
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.
1.   By mailing a copy of the summons and complaint personally to _____ address _____
_____.
2.   By delivering a copy of summons and complaint personally to _____.
3.   By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____his last known address.
4.   By serving his agent as provided by rule, statute or valid agreement to-wit:_____
_____.
5.   Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2022.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.   By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2.   By leaving on the ___ day of _____, 2022 for each of the within named defendant(s)_____
_____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.   _____and by mailing a copy of the summons without the complaint to _____at _____
_____the last known address of defendant(s).
All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| CHELSEA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D03-2201-CT-003230 |
| v. | ) | |
| | ) | |
| EDWARD PETERSON and HALVOR | ) | |
| LINES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

**EDWARD PETERSON and HALVOR LINES, INC.**

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| **Lesley A. Pfleging** | **Attorney #26857-49A** |
| **Asia L. Ellis** | **Attorney #36820-49** |
| LEWIS WAGNER, LLP | Phone:  (317)  237-0500 |
| 1411 Roosevelt Avenue, Suite 102 | Fax:   (317)  630-2790 |
| Indianapolis, IN  46202 | lpfleging@lewiswagner.com |
| | aellis@lewiswagner.com |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.  There are other party members: Yes _____ No _X_  (If yes, list on continuation page.)

4.  *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.  I will accept service by fax at the above noted number: Yes _____ No _X_
    Counsel would represent to the court that fax service is acceptable in emergency situations.

6.  This case involves support issues.  Yes _____ No _X_  (If yes, supply social security numbers for all family members on continuation page.)

7.  There are related cases. Yes _____ No _X_  *(If yes, list* on continuation page.)

8.  This form has been served on all other parties.  Certificate of Service is attached.
    Yes _X_  No _____

9.  Additional information required by local rule:

**LEWIS WAGNER, LLP**

By:    */s/Lesley A. Pfleging*_____
      LESLEY A. PFLEGING, #26857-49A
      ASIA L. ELLIS, #36820-49
      ***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
nathanf@kennunn.com
***Counsel for Plaintiff***

By: */s/ Lesley A. Pfleging*
     LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
aellis@lewiswagner.com

3

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| CHELSEA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D03-2201-CT-003230 |
| v. | ) | |
| | ) | |
| EDWARD PETERSON and HALVOR | ) | |
| LINES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **JURY DEMAND**

Defendants, Edward Peterson and Halvor Lines, Inc., by counsel, pursuant to Trial Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully request that this cause of action be tried by a jury.

**LEWIS WAGNER, LLP**

By:   */s/Lesley A. Pfleging*
LESLEY A. PFLEGING, #26857-49A
ASIA L. ELLIS, #36820-49
***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
nathanf@kennunn.com
***Counsel for Plaintiff***

By: */s/ Lesley A. Pfleging*
  LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone: 317-237-0500
Facsimile: 317-630-2790
lpfleging@lewiswagner.com

2

Filed: 2/15/2022 3:26 PM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

CHELSEA ADAMS,                          )
                                        )
                Plaintiff,              )
                                        )   CAUSE NO.:   49D03-2201-CT-003230
        v.                              )
                                        )
EDWARD PETERSON and HALVOR              )
LINES, INC.                             )
                                        )
                Defendants.             )
                                        )

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants, Edward Peterson and Halvor Lines, Inc., by counsel, move the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including April 1, 2022, and in support thereof would show the Court as follows:

1.      That a responsive pleading is due on or about March 2, 2022 and said time has not expired.

2.      No prior enlargements of time have been requested.

3.      Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendants, Edward Peterson and Halvor Lines, Inc., by counsel, pray for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for

Damages, through and including April 1, 2022, and for all other just and proper relief in the premises.

**LEWIS WAGNER, LLP**

By:  */s/Lesley A. Pfleging*
LESLEY A. PFLEGING, #26857-49A
ASIA L. ELLIS, #36820-49
***Counsel for Defendants***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
nathanf@kennunn.com
***Counsel for Plaintiff***

By: */s/ Lesley A. Pfleging*_____
      LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
aellis@lewiswagner.com

3

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| CHELSEA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:   49D03-2201-CT-003230 |
| v. | ) | |
| | ) | |
| EDWARD PETERSON and HALVOR | ) | |
| LINES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**F I L E D**

February 17, 2022

CLERK OF THE COURT
MARION COUNTY
ND

## <u>ORDER</u>

Defendants, Edward Peterson and Halvor Lines, Inc., by counsel, files herein their Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, Edward Peterson and Halvor Lines, Inc., are granted a period of time through and including April 1, 2022, in which to answer or otherwise respond to Plaintiff's Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint.

Dated:_____  **February 17, 2022**

_____

JUDGE, SUPERIOR COURT FOR MARION
COUNTY

Distribution:


Lesley A. Pfleging                        Nathan D. Foushee
Asia L. Ellis                             KEN NUNN LAW OFFICE
LEWIS WAGNER, LLP                         104 South Franklin Road
1411 Roosevelt Avenue                     Bloomington, IN 47404
Suite 102                                 nathanf@kennunn.com
Indianapolis, IN 46201
lpfleging@lewiswagner.com
aellis@lewiswagner.com

**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 02/21/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8365 4262 19. Our records indicate that this item was delivered on 02/14/2022 at 03:40 p.m. in GRAND MARAIS, MI 49839. The scanned image of the recipient information is provided below.

Signature of Recipient :

**Delivery Section**

Signature X Julie C Peterson

Printed Name Julie C Peterson

Address of Recipient :

Delivery Address

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

EDWARD PETERSON
E21655 BRAZEL ST
GRAND MARAIS MI 49839

Customer Reference Number:        C3207525.18660250

Return Reference Number          Chelsea Adams

2

USPS MAIL PIECE TRACKING NUMBER:   4204983992148901940383655426219

MAILING DATE:       02/03/2022

DELIVERED DATE:   02/14/2022

CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

EDWARD PETERSON
E21655 BRAZEL ST
GRAND MARAIS MI 49839


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 02/03/2022 09:42 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 02/04/2022 23:52 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 02/05/2022 01:07 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/08/2022 06:34 | PROCESSED THROUGH USPS FACILITY | GREEN BAY WI DISTRIBUTION CENTE 54303 |
| 02/08/2022 23:15 | DEPARTED USPS REGIONAL FACILITY | GREEN BAY WI DISTRIBUTION CENTE 54303 |
| 02/09/2022 00:10 | PROCESSED THROUGH USPS FACILITY | IRON MOUNTAIN MI DISTRIBUTION C 49802 |
| 02/09/2022 10:30 | AVAILABLE FOR PICKUP | GRAND MARAIS,MI 49839 |
| 02/09/2022 10:30 | ARRIVAL AT UNIT | GRAND MARAIS,MI 49839 |
| 02/14/2022 03:04 | REMINDER TO SCHEDULE REDELIVERY | GRAND MARAIS,MI 49839 |
| 02/14/2022 15:40 | DELIVERED INDIVIDUAL PICKED UP AT USPS | GRAND MARAIS,MI 49839 |



**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 02/14/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8365 4262 88. Our records indicate that this item was delivered on 02/07/2022 at 04:31 p.m. in INDIANAPOLIS, IN 46268. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

HALVOR LINES INC
C/O: NATIONAL RESIDENT AGENT SERVICE INC
WESTOVER ANNEX
4008 W 79TH ST
INDIANAPOLIS IN 46268-1802

Customer Reference Number:      C3207525.18660251

Return Reference Number            Chelsea Adams

USPS MAIL PIECE TRACKING NUMBER:   42046268921489019403836542628 8

MAILING DATE:      02/03/2022

DELIVERED DATE:    02/07/2022

CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

HALVOR LINES INC
C/O: NATIONAL RESIDENT AGENT SERVICE INC
WESTOVER ANNEX
4008 W 79TH ST
INDIANAPOLIS IN 46268-1802

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 02/03/2022 09:42 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 02/05/2022 05:37 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 02/05/2022 06:52 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/06/2022 21:05 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/07/2022 08:40 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46268 |
| 02/07/2022 08:51 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46268 |
| 02/07/2022 16:31 | DELIVERED LEFT WITH INDIVIDUAL | INDIANAPOLIS,IN 46268 |