| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

CHELSEA ADAMS

    VS.

EDWARD PETERSON
and HALVOR LINES, INC.

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Chelsea Adams, by counsel, Nathan D. Foushee, of Ken Nunn Law Office, and for her cause of action against the Defendants, Edward Peterson and Halvor Lines, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' 2019 Kenworth tractor and attached trailer was negligently driven by Edward Peterson, causing a collision with the vehicle driven by Plaintiff, Chelsea Adams. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF EDWARD PETERSON

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about December 17, 2021, Defendant Edward Peterson negligently drove a tractor-trailer, causing a collision with the vehicle driven by Plaintiff, Chelsea Adams.

    5.    Defendant Edward Peterson had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Edward Peterson failed in the above mentioned duties and is therefore negligent.

7. Defendant Edward Peterson's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Chelsea Adams' injuries and damages are permanent.

9. As a direct and proximate result of Edward Peterson's negligence, Chelsea Adams has suffered lost wages.

10. Plaintiff Chelsea Adams has incurred medical bills for the treatment of her injuries directly resulting from this collision.

11. As a direct and proximate result of Edward Peterson's negligence, Chelsea Adams has experienced physical and mental pain and suffering, lost wages, property damage including but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF EDWARD PETERSON

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Edward Peterson violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Edward Peterson's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Edward Peterson is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF HALVOR LINES, INC.

16. Plaintiff realleges and incorporates herein by reference paragraphs 1

through 15 above as if fully restated verbatim.

17. Defendant Edward Peterson was the employee, agent, servant, or independent contractor for Halvor Lines, Inc. Accordingly, Halvor Lines, Inc. is vicariously liable for the acts of Defendant Edward Peterson for the causes of action above.

WHEREFORE, the Plaintiff, Chelsea Adams, by counsel, Nathan D. Foushee of Ken Nunn Law Office, demands judgment against the Defendants, Edward Peterson and Halvor Lines, Inc., for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff